# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **RANDY DAVIDSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 4:12-cv-00705-RDP-TMP |
| **STEPHEN TISH, et. al.,** | ) |
| **Defendants.** | ) |

## ORDER

The Magistrate Judge filed a Report and Recommendation on January 21, 2014, recommending that Defendant Tish and Smith's motion for Summary Judgment be denied. (Doc. 38).

The parties were allowed eleven (11) days in which to file written objections to the Magistrate Judge's recommendations. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Magistrate Judge's Report is due to be and is hereby **ADOPTED** and the Magistrate Judge's Recommendation is **ACCEPTED**. Defendants' motion for summary judgment is therefore due to be and the same is hereby **DENIED**.

Defendants Tish and Smith are hereby **ORDERED** to file an answer **within twenty (20) days** of the entry date of this order.

**DONE** and **ORDERED** this ___18th___ day of February, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE